IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IDENTITY SOFTWARE PTY LTD, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 1:17-cv-01190 |
| v. | § | |
| | § | |
| TRENDKITE, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant TrendKite, Inc. ("TrendKite") hereby moves the Court for an order extending the time for TrendKite to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1).

TrendKite's current deadline to respond to Plaintiff's Complaint is January 18, 2018. TrendKite requests an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint to February 19, 2018. Plaintiff has agreed to TrendKite's request for an extension to February 19, 2018.

The request for extension contained in this motion is the first request by TrendKite for an extension of time to answer, move, or otherwise respond. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines. For these reasons, TrendKite respectfully requests that the Court extend the deadline for TrendKite to answer, move, or otherwise respond to Plaintiff's Complaint to February 19, 2018.

Dated:  January 10, 2018                                Respectfully submitted,

*/s/ John M. Guaragna*

John M Guaragna
Texas Bar No. 24043308
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

ATTORNEYS FOR DEFENDANT
TRENDKITE, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant, TrendKite, conferred with Plaintiff's counsel regarding the relief sought in this motion.  Plaintiff has agreed to TrendKite's request for an extension of the time to answer, move, or otherwise respond to Plaintiff's Complaint to February 19, 2018.

*/s/ John M. Guaragna*
John M. Guaragna

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

*/s/ John M. Guaragna*
John M. Guaragna

- 2 -